IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02272-WJM-MEH

GERUN L. SCURLOCK,

      Plaintiff,

v.

LOWES HIW, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2012.**

      The Joint Request for Early Neutral Evaluation [filed January 4, 2012; docket #17] is **granted**. An Early Neutral Evaluation pursuant to D.C. Colo. LCivR 16.6 is scheduled for Thursday, **January 26, 2012 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Counsel <u>shall have all parties present</u>, including, but not limited to, an adjustor if an insurance company is involved, who shall have <u>full authority</u> to negotiate all terms and demands presented by the case. "Full authority" means that the person who attends the evaluation has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to meet or pay all terms demanded, that person does not have "full authority." **<u>This requirement is not fulfilled by the presence of counsel or an insurance adjustor alone</u>**.

      In exceptional circumstances only, the appearance of an insurance representative by telephone may be approved in advance of the evaluation. Any party seeking such relief should file the appropriate motion with the Court.

      So that we may hold productive discussions on the day of the evaluation, **counsel shall prepare and submit** position statements to be submitted to the Magistrate Judge.

      The statement(s) shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and any confidential comments the party or counsel wishes to make, including any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the Magistrate Judge in evaluating the case.

      The position statements shall be submitted **no later than five business days** prior to the date of the evaluation. Statements and exhibits consisting of more than 30 pages are to be submitted to

Chambers in hard copy via regular mail or hand delivery.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.