IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02272-WJM-MEH

GERUN L. SCURLOCK,

    Plaintiff,

v.

LOWES HIW, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2012.**

    Before the Court is a letter from the Plaintiff [filed January 17, 2012; docket #22], which the Court has construed as a motion to continue the Early Neutral Evaluation scheduled for January 26, 2012. Having no objection to vacating the scheduled evaluation, the motion is **granted**. The Early Neutral Evaluation scheduled for Thursday, January 26, 2012 at 10:00 a.m. is **vacated**. The Court will discuss with the parties at the upcoming Scheduling Conference whether they wish to reschedule the evaluation.

    Nothing in this order affects any other deadline or conference setting in this case.