IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02272-WJM-MEH

GERUN L. SCURLOCK,

      Plaintiff,

v.

LOWES HIW, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2012.**

      In light of the settlement of this case, Defendant's Motion for Attorney's Fees and Costs as a Sanction Against Plaintiff for Failure to Comply with Court Order and Governing Rules [filed February 29, 2012; docket #31] is **denied as moot**.