**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02272-WJM-MEH

GERUN L. SCURLOCK

       Plaintiffs,

v.

LOWE'S HIW, INC.,

       Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed April 30, 2012 (ECF No. 42). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/its own attorney's fees and costs.

Dated this 3011th day of April, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge